JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, | CV 24-4237 PA (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| J and EK BROTHER MARKET INC., et al., | |
| Defendants. | |

Pursuant to the Court's November 26, 2024 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 26, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE